**STATE v. KEITT**

[357 N.C. 155 (2003)]

STATE OF NORTH CAROLINA v. LEONARD KEITT

No. 616A02

(Filed 2 May 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 153 N.C. App. 671, 571 S.E.2d 35 (2002), ordering a new trial after appeal of a judgment entered 1 March 2001 by Judge Melzer A. Morgan in Superior Court, Montgomery County. Heard in the Supreme Court 8 April 2003.

*Roy Cooper, Attorney General, by Thomas J. Ziko, Special Deputy Attorney General, for the State.*

*Russell J. Hollers III for defendant-appellant.*

PER CURIAM.

AFFIRMED.

.